## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)**<br><br>v.<br><br>REYNALDO MADRIGAL-MADRIGAL [2]<br>**Defendant(s)** | **CRIMINAL NO.** 05-04 (JAG) |

### ORDER

The Court has reviewed Magistrate-Judge Camille Velez-Rivé's Report and Recommendation re: **Rule 11** Proceedings (Plea of Guilty) entered June 6, 2005 (Docket No. 66) with respect to defendant Reynaldo Madrigal-Madrigal. Given that no objections were filed within the prescribed time limits, the Court finds that defendant has competently and voluntarily pled guilty. Accordingly, the Court **fully adopts** the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of June, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge